# EXHIBIT 1

Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336

*4005450600000296820*
000 0004147 00000000 0001 0003 01383 INS: 0 0
MICHELLE M MORELLI
[redacted]

January 14, 2022

**Notice of Security Incident**

Dear Michelle M Morelli:

The purpose of this letter is to notify you about a recent data incident that may involve some of your information. This notice provides you with information about the incident, our response, and additional steps you may take to protect your information, should you determine it is appropriate to do so.

**What Happened?** Jim Koons Automotive Company ("Koons") discovered unusual activity on certain computer systems beginning on June 5, 2021. We promptly took steps to secure the network and, with the assistance of computer forensic specialists, conducted an investigation to determine the nature and scope of the event. The investigation confirmed that an unauthorized actor gained access to a portion of the network and encrypted network files. Given that network locations were accessed without authorization, we undertook a lengthy, time-intensive, and thorough review of the potentially impacted information in order to identify the information that was potentially impacted and to whom it related. We completed this review on or around December 21, 2021, at which time we confirmed the individuals whose information was present. We then worked to reconcile the results of the review with our internal records in furtherance of identifying the individuals to whom the data related and the appropriate contact information for those individuals in order to provide notification to potentially impacted individuals as quickly as possible. Although we have no evidence of actual or attempted misuse of your information, in an abundance of caution, we are notifying you about the event so that you may take steps to protect your information.

**What Information Was Involved?** The involved Koons systems contained your name and Social Security number. As stated above, Koons is currently unaware of any actual or even attempted misuse of information.

**What We Are Doing.** We take this incident very seriously. Information privacy and security are among our highest riorities, and we have strict security measures in place to protect information in our care. Upon discovering this incident, we uickly took steps to investigate and respond, including reviewing and enhancing our existing policies and procedures to duce the likelihood of a similar future event. Koons reported this incident to federal law enforcement and is notifying tentially affected individuals and relevant regulators as required. Moreover, as an added precaution, Koons is offering elve (12) months of complimentary access to credit monitoring and identity restoration services to potentially impacted ividuals out of an abundance of caution because your information was determined to be present in the systems that may e been accessed during the incident.

**t You Can Do.** Koons encourages you to remain vigilant against incidents of identity theft and fraud by reviewing yo unt statements and explanation of benefits and monitoring your free credit reports for suspicious activity. You may a w and consider the information and resources outlined in the below "Steps You Can Take to Help Protect Perso nation" which includes information regarding enrollment for the complimentary credit monitoring and iden tion services.