IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE MORELLI, individually and on behalf of all others similarly situated, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:22-cv-00292-GJH |
| | * | |
| JIM KOONS MANAGEMENT COMPANY, dba JIM KOONS AUTOMOTIVE COMPANIES, | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF CLASS SETTLEMENT AND JOINT MOTION FOR RELATED RELIEF

The parties, by their undersigned attorneys, hereby advise the Court that they have agreed to terms to settle this matter on a class-wide basis. They ask that the Court grant plaintiff leave to file a motion for preliminary approval of class settlement within forty-five (45) days; and, pending the filing of that motion, that the Court stay all deadlines in this matter. A proposed order accompanies this filing.

Date:   August 16, 2022

  /s/
Thomas Pacheco (# 21639)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
15453 Indianola Drive
Derwood, MD 20855
(t) 443.980.6119
(f) 202.686.2877
tpacheco@milberg.com

David K. Lietz (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(t) 202.744.1795

(f) 202.686.2877
dlietz@milberg.com

Terence R. Coates (*pro hac vice*)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
(t) 513.651.3700
(f) 513.665.0219
tcoates@msdlegal.com

*Attorneys for Plaintiff Michelle Morelli*


_____/s/_____
Andrew Gendron (# 05111)
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
(t) 410.525.6414
(f) 410.779.3910
ANDREW.GENDRON@LEWISBRISBOIS.COM

*Attorney for Defendant Jim Koons Management Company*