IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE MORELLI, individually and on behalf of all others similarly situated, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:22-cv-00292-GJH |
| JIM KOONS MANAGEMENT COMPANY, dba JIM KOONS AUTOMOTIVE COMPANIES, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER ON
JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Having considered the Joint Motion for Extension of Time to File a Motion for Preliminary Approval of Class Action Settlement, and for good cause shown, the motion is hereby GRANTED.

Plaintiffs shall file their preliminary approval motion by October 14, 2022.

**DONE AND ORDERED** in Greenbelt, Maryland on this 19 day of October, 2022.

_____
**HONORABLE GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE**