## List of Exclusion

| Name |
|---|
| David Jones |
| Deanne McDaid |
| Elizabeth Jones |
| John McDaid |
| Julia Jones |
| Jun Oh |
| Kyung Hong |
| Shirley Bolden |
| Timothy Jordan |